UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AIDAN FORSYTH,<br><br>Relator,<br><br>v.<br><br>COOLING GUARD MECHANICAL CORPORATION and MICHAEL CARRONE,<br><br>Defendants. | Case No. 1:23-cv-8920 (JSR) |

[PROPOSED] ORDER

The Relator, Aidan Forsyth, having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the Court having received the consent of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1);

IT IS ORDERED THAT that this action is dismissed with prejudice as to Relator Aidan Forsyth and without prejudice as to the United States.

_9/25_, 2024

_____
Hon. Ted S. Rakoff
United States District Judge

SHN\854325.1